SETTLEMENT AGREEMENT

THIS SETTLEMENT AGREEMENT (hereinafter referred to as the "Agreement") dated the ____ day of January, 2023 is made and entered into by and between TRAX OFF-GRID LIMITED LIABILITY COMPANY, a Kentucky limited liability company with its principal business office located at 6244 Old Lagrange Road, Building B #4, Crestwood, Kentucky 40014 (hereinafter referred to as "Trax") and GERARD KILEY, an individual residing at 2700 S. Las Vegas Boulevard, Las Vegas, Nevada 89109 (hereinafter referred to as "Kiley"). Trax and Kiley are hereinafter in this Agreement sometimes collectively referred to as the "parties" and separately referred to as a "party".

RECITALS:

A. Kiley owns a M934 Roamer vehicle (hereinafter referred to as the "Vehicle".

B. Kiley contacted Trax regarding certain repairs, improvements and additions to be made to the Vehicle.

C. Trax and Kiley entered into a contract dated May 9, 2022 ("Contract"), a copy of which is attached as Exhibit C, pursuant to which certain repairs, improvements and additions would be made to the Vehicle.

D. Subsequently, Trax and Kiley entered into a contract dated September 12, 2022, a copy of which is attached as Exhibit D, pursuant to which certain additional repairs, improvements and additions would be made to the Vehicle.

E. The outstanding balance owed to Trax by Kiley in connection with repairs, improvements and additions to the Vehicle completed as of the date of this Agreement is Twelve Thousand Seventy-Nine and 96/100 Dollars ($12,079.96) (hereinafter referred to as the "Current Balance"). Kiley has agreed to pay the Current Balance in full prior to Trax beginning to perform the Additional Work, as such term is defined below.

F. Although substantial progress has been made on the Vehicle, there is additional work that needs to be performed on the Vehicle (hereinafter referred to as the "Additional Work"), a list of which is attached as Exhibit F-1. The contract for the performance of the Additional Work is attached to and made a part of this Agreement as Exhibit F-2.

G. Kiley wants Trax to perform the Additional Work and Trax has agreed to perform the Additional Work, all in accordance with the terms and conditions hereinafter set forth.

NOW, THEREFORE, in consideration of the mutual obligations and undertakings contained in this Agreement, and for other good and valuable consideration, the receipt, sufficiency and mutuality of which are hereby acknowledged, the parties to this Agreement do hereby agree as follows:

1. <u>Incorporation of Recitals by Reference</u>. The Recitals set forth hereinabove in this Agreement are incorporated into and made a part of this Agreement as if set forth in full herein.

2. <u>Current Balance Owed by Kiley to Trax</u>. The parties agree that Kiley is currently indebted to Trax in the amount of the Current Balance. Kiley agrees to pay the entire Current Balance in full no later than January 13, 2023 by either of the following methods: (a) certified check; (b) cashier's check; (c) the wire transfer of readily available federal funds; in the amount of Twelve Thousand Seventy-Nine and 96/100 Dollars ($12,079.96); or (d) credit or debit card in the amount of Twelve Thousand Five Hundred Sixty-Three and 16/100 Dollars ($12,563.16) (with the parties agreeing that the additional four percent (4%) is to compensate Trax for the expense charged by Trax's bank for payment pursuant to a debit card or credit card.

3. <u>Completion of Work on Vehicle</u>. The parties acknowledge and agree that Trax is not obligated to perform the Additional Work on the Vehicle until Trax receives full payment of: (a) the Current Balance as set forth in Section 2 of this Agreement; and (b) one-half of the amount due and owing in connection with the performance of the Additional Work.

4. <u>Additional Work on Vehicle</u>. The parties agree that Additional Work needs to be performed on the Vehicle, a list of which is described on Exhibit F-1. The amount due and owing for the Additional Work is Fourteen Thousand Six Hundred Seventy Dollars ($14,670.00), one-half of which shall be paid by: (a) certified check; (b) cashier's check; or (c) the wire transfer of readily

available federal funds, in the amount of Seven Thousand Three Hundred Thirty-Five Dollars ($7,335.00). For any payment of the Additional Amount by credit card or debit card, Kiley shall pay Seven Thousand Six Hundred Twenty-Eight and 40/100 Dollars ($7,628.40), the additional four percent (4%) which is to compensate Trax for the expense charged by Trax's bank for payments pursuant to a debit card or credit card. Payment for the remaining one-half of the amount due and owing in connection with the Additional Work shall be made immediately upon Trax informing Kiley that the Additional Work is completed. The amount due and owing by Kiley to Trax in connection with the remaining one-half of the amount due for the Additional Work shall be the same amount set forth in this Section 4 for the payment of the first half of the amount for the Additional Work.

    5.    <u>Completion of Additional Work on Vehicle</u>. Trax agrees to have all of the Additional Work on the Vehicle completed no later than seven (7) weeks following Trax receiving full payment of: (a) the Current Balance; and (b) one-half of the amount due for the Additional Work.

    6.    <u>Entire Agreement</u>. This Agreement, including all schedules and exhibits, if any, attached to this Agreement, contains the entire understanding of the parties with respect to the subject matter of this Agreement. This Agreement supersedes, terminates and cancels all prior and contemporaneous oral and written agreements

and understandings between the parties with respect to the subject matter of this Agreement.

7. Nontransferability of Agreement. The rights, obligations, benefits and burdens of this Agreement may not be transferred, assigned or conveyed in any manner by any party without the prior, written consent of all other parties to this Agreement.

8. Benefit. Subject to the restrictions contained in this Agreement with respect to transfer, assignment and conveyance, this Agreement shall be binding upon and inure to the benefit of the parties to this Agreement, and the heirs, legal representatives, successors and assigns of the parties to this Agreement.

9. Amendment. This Agreement may be amended at any time by the joint act of all parties to this Agreement; provided, however, that no amendment shall be valid unless the amendment is in writing and signed by all of such parties.

10. Execution of Instruments. The parties to this Agreement shall execute (and, if necessary, acknowledge) and deliver any and all documents and papers and take all such further action as may be necessary or desirable to carry out and effectuate the full purpose and intent of this Agreement.

11. Governing Law. This Agreement shall be governed by and construed and enforced in accordance with the laws of the State of Kentucky.

12. <u>Headings</u>. The headings used in this Agreement are for convenience only and this Agreement shall be interpreted as if such headings were omitted.

13. <u>Counterparts</u>. This Agreement may be executed in several counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

IN WITNESS WHEREOF, the parties have executed this Agreement the day first above written.

                                    TRAX OFF-GRID LIMITED LIABILITY COMPANY

By:_____

Title:_____

_____
GERARD KILEY

C:\Users\Janice\Documents\CLIENT\Trax Off-Grid\Kiley Settlement Agreement.wpd